IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL L. MORGAN, <br> Plaintiff, <br> v. <br> OCWEN LOAN SERVICING, LLC, et al., <br> Defendants. | CIVIL ACTION FILE <br> NO. 1:10-CV-3555-TWT |

## ORDER

This is an action for wrongful foreclosure. It is before the Court on the Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction. It appears that there is sufficient likelihood of success on the merit with respect to the Plaintiff's claim of defective notice with respect to the foreclosure proceeding to grant the relief requested temporarily. The Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction is GRANTED. The Defendant Ocwen Loan Servicing, LLC is temporarily enjoined from proceeding with the foreclosure sale of the property known as 2691 Tamarack Drive, Jasper, Georgia 30143. A hearing on the Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction will be scheduled.

T:\ORDERS\10\Morgan\tro.wpd

SO ORDERED, this __2__ day of November, 2010 at 11:55 A.M.

*Thomas W. Thrash*
THOMAS W. THRASH, JR.
United States District Judge