11/02/2010 12:04 FAX 4042151559                                                      ☑001

```
                    *********************
                    ***   TX REPORT   ***
                    *********************

        TRANSMISSION OK

        TX/RX NO                0667
        DESTINATION TEL #       94049264817
        DESTINATION ID
        ST. TIME                11/02 12:03
        TIME USE                00'40
        PAGES SENT              2
        RESULT                  OK
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

FILED IN CHAMBERS
THOMAS W. THRASH JR.
U.S.D.C. Atlanta

NOV 2 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

MICHAEL L. MORGAN,

    Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,
et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:10-CV-3555-TWT

## ORDER

This is an action for wrongful foreclosure. It is before the Court on the Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction. It appears that there is sufficient likelihood of success on the merit with respect to the Plaintiff's claim of defective notice with respect to the foreclosure proceeding to grant the relief requested temporarily. The Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction is GRANTED. The Defendant Ocwen