# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:10-cv-03555-TWT**
**Morgan v. Ocwen Loan Servicing, LLC. et al**
**Honorable Thomas W. Thrash, Jr.**

Minute Sheet for proceedings held In Open Court on 11/09/2010.

TIME COURT COMMENCED: 2:10 P.M.
TIME COURT CONCLUDED: 2:30 P.M.
TIME IN COURT: 0:20
COURT REPORTER: Susan Baker
DEPUTY CLERK: Sheila Sewell

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Michael L. Morgan appearing Pro Se<br>** Kent Altom representing all defendants |
| PROCEEDING CATEGORY: | Motion Hearing(PI or TRO Hearing-Evidentiary); |
| MINUTE TEXT: | Hearing on the Motion for Preliminary Injunction. The Court first heard from defense counsel as to defendants position. The Court then advised plaintiff that since the foreclosure sale had been pulled that any Injunction hearing would be held at a later date, but that the Court would listen to anything plaintiff had to say. The Court advised plaintiff that the next step would be for the defendants to respond to the Petition by either filing an answer or motion to dismiss, that the plaintiff would then have 14 days to respond. Defense counsel moved that the plaintiff be required to file a bond. The Court directed counsel to file the motion in writing and advised plaintiff that he would have 14 days to respond to that motion. The Court denied the Motion for Preliminary Injunction as moot and without prejudice to be renewed. Mr. Altom to prepare and submit order to the Court and forward a copy to Mr. Morgan for review. |
| HEARING STATUS: | Hearing Concluded |