IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MICHAEL L. MORGAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION FILE NO.** |
| **v.** ) | |
| ) | **1:10-CV-03555-twt** |
| **OCWEN LOAN SERVICING, LLC,** ) | |
| **MORTGAGE ELECTRONIC** ) | |
| **REGISTRATION SYSTEMS, INC.,** ) | |
| **and MERSCORP, INC.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

## ORDER GRANTING MOTION TO DISMISS

This matter comes before this Court on the Motion to Dismiss filed by OCWEN LOAN SERVICING, LLC ("Ocwen"), MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), and MERSCORP, INC. ("MERSCORP"), named defendants herein. Having reviewed and considered Plaintiff's Verified Petition and Complaint (the "Complaint") filed by MICHAEL L. MORGAN ("Plaintiff"), Defendants' Motion to Dismiss and the Defendant's Memorandum of Law in Support of Motion to Dismiss, as well as any and all responses and replies thereto appearing of records, it is hereby ORDERED and ADJUDGED that:

The Motion to Dismiss is GRANTED upon a finding of insufficiency of process, insufficiency of service of process, lack of jurisdiction, and Plaintiff's failure to state a claim upon which relief can be granted; it is further ORDERED and ADJUDGED that:

The Complaint is DISMISSED WITH PREJUDICE; it is further ORDERED and ADJUDGED that:

Plaintiff's prayers for relief set forth in the Complaint are DENIED; it is further ORDERED and ADJUDGED that:

Any and all documents recorded by Plaintiff in the records of Pickens County, Georgia adversely affecting Defendants' interest in that certain real property, together with improvements thereon commonly known as 2691 Tamarack Drive, Jasper, Pickens County, Georgia 30143, including but not limited to any and all lis pendens, are DECLARED NULL and VOID and, as such, do not constitute any encumbrance upon said property and the Clerk of this the Superior Court of Pickens County, Georgia is DIRECTED to cancel same; it is further ORDERED and ADJUDGED that:

All costs of this civil action are CHARGED against Plaintiff.

**[Signature on following page.]**

SO ORDERED this _____ day of _____, 2010.

_____
THE HONORABLE THOMAS W. THRASH, JR.
Judge, United States District Court
Northern District of Georgia, Atlanta Division

**Prepared and presented by:**

*/s/  Kent E. Altom*
Kent E. Altom
Georgia Bar No. 014054
*Attorney for Defendants*
*Ocwen Loan Servicing, LLC,*
*Mortgage Electronic Registration Systems,*
*Inc., and MERSCORP, Inc.*


MCCALLA RAYMER, LLC
Six Concourse Parkway
Suite 2800
Atlanta, Georgia 30328
(678) 281-6450 (phone)
(678) 277-4924 (fax)
kea@mccallaraymer.com (email)

## **DISTRIBUTION LIST**

Kent E. Altom, Esq.
Meredith M. Barnes, Esq.
MCCALLA RAYMER, LLC
Six Concourse Parkway
Suite 2800
Atlanta, Georgia 30328
*Attorneys for Defendants
Ocwen Loan Servicing, LLC,
Mortgage Electronic Registration Systems,
Inc., and MERSCORP, Inc.*

Michael L. Morgan
110 Addison Court
Roswell, Georgia 30075
Plaintiff, *pro se*