UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL L. MORGAN,

        Plaintiff,

vs.

OCWEN LOAN SERVICING, LLC, et al.,

        Defendant.

CIVIL ACTION FILE

NO. 1:10-cv-3555-AT

## NOTICE TO ALL COUNSEL OF RECORD

The above styled case was reassigned to the Honorable Amy Totenberg from the Honorable Thomas W. Thrash, Jr. The civil action number assigned to this case has been changed to **1:10-cv-3555-AT** (emphasis added to indicate change). Please make note of this change in order to facilitate the docketing of pleadings in this case.

Dated at Atlanta, Georgia this 8th day of March, 2011.

        JAMES N. HATTEN
        DISTRICT COURT EXECUTIVE
          and CLERK OF COURT


    By:  s/D.Richardson
          Deputy Clerk