# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

MICHAEL L. MORGAN,

    Plaintiff,

v.

OCWEN LOAN SERVICING, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and MERSCORP, INC.

    Defendants.

CIVIL ACTION NO.
1:10-CV-3555-AT

## ORDER

The Court hereby **ORDERS** the parties to attend mediation to be conducted by a magistrate judge of this Court. Defendants are **ORDERED** to bring to the mediation a representative "who shall have full authority to negotiate, amend, and modify all terms of the mortgage" and full authority to settle the case. *See* O.C.G.A. § 44-14-162.2(a). Defendants' counsel is **DIRECTED** to provide to Plaintiff no later than thirty (30) days prior to the scheduled mediation a complete list of all documentation needed to consider Plaintiff for a loan modification and any other potential settlement options. Plaintiff is **DIRECTED** to provide the requested documentation to

Defendants' counsel no later than five (5) days prior to the mediation and bring a copy to the mediation.

In the event Plaintiff seeks the assistance of a HUD-certified housing counselor to advise him on compiling the documentation and information needed to apply for a loan modification, the Court directs Plaintiff's attention to the following website: http://www.hud.gov/offices/hsg/sfh/hcc/fc/.

This case is hereby **REFERRED** to Magistrate Judge Linda T. Walker for the purpose of conducting mediation. The mediation should be scheduled now and concluded by September 15, 2011. If the case has not settled September 15, 2011, the parties are **DIRECTED** to file a status report with the Court by that date. All deadlines in this action are **STAYED** until September 15, 2011, pending the outcome of the mediation.

**IT IS SO ORDERED,** this 12th day of July, 2011.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**

AO 72A
(Rev.8/82)