## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **MICHAEL L. MORGAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CASE NO.** |
| **v.** ) | **1:10-CV-03555-AT** |
| ) | |
| **OCWEN LOAN SERVICING, LLC,** ) | |
| **MORTGAGE ELECTRONIC** ) | |
| **REGISTRATION SYSTEMS, INC.,** ) | |
| **AND MERSCORP, INC.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

### NOTICE OF DEPOSITION OF MICHAEL L. MORGAN

**TO:** Michael L. Morgan, *Pro Se*
110 Addison Court
Roswell, Georgia 30075
*Plaintiff*

Please take notice that counsel for Defendants Ocwen Loan Servicing, LLC ("Ocwen"), Mortgage Electronic Registration Systems, Inc. ("MERS") and MERSCORP, Inc. ("MERSCORP") (collectively, the "Defendants"), pursuant to 30(a)(1) of the Federal Rules of Civil Procedure, will take before a person duly authorized by law to administer oaths the deposition of Michael L. Morgan in the above-styled civil action. The deposition will commence at 10:00 a.m. on the 27th day of January, 2012, at the office of McCalla Raymer, LLC, Six Concourse

Parkway, Suite 2800, Atlanta, Georgia 30328. The deposition will be recorded by stenographic, audio, or audiovisual means, pursuant to Federal Rule of Civil Procedure 30(b)(3)(A). The noticing party shall bear the recording costs. Any party may arrange for a transcription of the deposition and shall bear the cost of said transcript unless the Court orders otherwise. The deponent is requested to bring to the deposition any and all materials and/or documents in deponent's possession which relate to the subject-matter of this action.

The deposition of said person will continue from day to day until completed and shall be taken for all purposes allowed by law.

Respectfully submitted this 19th day of January, 2012.

                    McCALLA RAYMER, LLC

By:  /s/ Kimberly A. Wright
Kent E. Altom
Georgia Bar No. 014054
Kimberly A. Wright
Georgia Bar No. 510370
*Counsel for Defendant Ocwen Loan Servicing, LLC, Mortgage Electronic Registration Systems, Inc., and MERSCORP, Inc.*

Six Concourse Parkway
Suite 2800
Atlanta, Georgia 30328
Telephone: 678-281-6492
Fax: (866) 563-0633
kw7@mccallaraymer.com

## CERTIFICATION

The undersigned further certifies that this document has been prepared in accordance with the formatting requirements designated in Local Rule 5.1.

This 19th day of January, 2012.

                        McCALLA RAYMER, LLC

By:  /s/ Kimberly A. Wright
      Kent E. Altom
      Georgia Bar No. 014054
      Kimberly A. Wright
      Georgia Bar No. 510370
      *Counsel for Defendant Ocwen Loan Servicing, LLC, Mortgage Electronic Registration Systems, Inc., and MERSCORP, Inc.*

Six Concourse Parkway
Suite 2800
Atlanta, Georgia 30328
Telephone: 678-281-6492
Fax: (866) 563-0633
kw7@mccallaraymer.com

## **CERTIFICATE OF SERVICE**

I, the undersigned counsel for Defendants, do hereby certify that I have this day electronically filed the within and foregoing NOTICE OF DEPOSITION OF MICHAEL L. MORGAN with the Clerk of Court using the CM/ECF system that automatically sent email notification of such filing to the attorneys of record, each of whom is a registered participant in the Court's electronic notice and filing system and each of whom may access said filing via the Court's CM/ECF system and by depositing a copy of same in the United States Mail, postage prepaid, addressed as follows:

>Michael L. Morgan, *Pro Se*
>110 Addison Court
>Roswell, Georgia 30075
>*Plaintiff*

This 19th day of January, 2012.

>McCALLA RAYMER, LLC
>
>By: /s/ Kimberly A. Wright
>Kent E. Altom
>Georgia Bar No. 014054
>Kimberly A. Wright
>Georgia Bar No. 510370
>*Counsel for Defendant Ocwen Loan Servicing, LLC, Mortgage Electronic Registration Systems, Inc., and MERSCORP, Inc.*

Six Concourse Parkway
Suite 2800
Atlanta, Georgia 30328
Telephone: 678-281-6492
Fax: (866) 563-0633
kw7@mccallaraymer.com