**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MICHAEL L. MORGAN,<br><br>   Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC<br>MORTGAGE ELECTRONIC<br>REGISTRATIONS SYSTEMS, INC.<br>and MERSCORP, INC.,<br><br>   Defendants. | CIVIL ACTION NO.<br>1:10-CV-3555-AT |

## ORDER GRANTING
## MOTION TO EXCEED PAGE LIMITATIONS

Defendants' Motion For Leave To Exceed Page Limitations For Defendants' Brief In Support Of Their Motion for Summary Judgment having come before this Court, and for good cause shown, is hereby granted. Defendants may file a thirty (30) page Brief in Support of Their Motion for Summary Judgment.

SO ORDERED this ____ day of _____, 2012.

_____
Judge Amy Totenberg
United States District Court
Northern District of Georgia, Atlanta Division